**Opinion filed June 5, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00017-CR
_____

## RAQUEL MCDONALD, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 25166A**

## MEMORANDUM OPINION

Raquel McDonald, Appellant, has filed a motion to withdraw her appeal. In the motion, Appellant requests that this court withdraw her notice of appeal and "dismiss this appeal." The motion is signed by both Appellant and her counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


June 5, 2015                                                                           PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.